IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Boyd N. Boland

Civil Action No. 1:14-cv-02819-BNB

ANNA THOMAS, and
PATRICIA THOMAS,

Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP,
aka American Family Mutual Insurance Company,

Defendant.

_____

**ORDER**
_____

By Order [Doc. # 13], I set this case for a scheduling conference to occur this morning at 10:00 a.m. Plaintiffs' counsel appeared by telephone at that time, but defense counsel neither appeared nor contacted the court in any way. By coincidence, however, I have a scheduling conference in another case on January 28, 2015, at 1:30 p.m., involving the same lawyers. Rather than issue an order to show cause, I will reset this action for a supplemental scheduling conference to follow immediately. Defense counsel is cautioned that failure to appear at the supplemental scheduling conference may result in the imposition of sanctions, including the entry of default.

IT IS ORDERED:

(1) A supplemental scheduling conference is set for January 28, 2015, at 2:00 p.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado;

(2) Plaintiffs' counsel may appear at the supplemental scheduling conference by telephone; and

(3) On or before January 28, 2015, at 12:00 noon, the parties shall file an executed Consent Form Pursuant to Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.

Dated January 23, 2015.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge