# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02819-PAB-NYW

ANNA THOMAS and
PATRICIA THOMAS,

      Plaintiffs,

v.

AMERICAN FAMILY INSURANCE COMPANY,
also known as, American Family Mutual Insurance Company,

      Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This matter is before the court on the Motion to Withdraw (the "Motion"). [#44, filed January 14, 2016].

      IT IS ORDERED that the Motion is **GRANTED**. Mark Anthony Barrionuevo is granted leave to withdraw from the representation of Plaintiffs Anna Thomas and Patricia Thomas, and is to be removed from the electronic service.

DATED: January 14, 2016